# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **BENJAMIN NORTH**, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:17-cv-01373-TNM |
| v. | ) ) ) | |
| **THE CATHOLIC UNIVERSITY OF AMERICA**, | ) ) ) ) | |
| Defendant. | ) | |

## JOINT MOTION FOR THE ENTRY OF AN ORDER COMPELLING PRODUCTION OF CERTAIN INFORMATION AND DOCUMENTS

Plaintiff Benjamin North and defendant The Catholic University of America, by and through their counsel, hereby move for the entry of the attached Order and in support thereof state as follows:

1. On August 31, 2018, the parties filed a Joint Motion for the Entry of a Stipulated Confidentiality and Protective Order in this case.

2. Mr. North seeks through his discovery requests to the University certain information and documents which the Family Educational Rights and Privacy Act (FERPA) prohibits the University from disclosing absent written consent of the student or a court order permitting release with notice to affected students. *See* 20 U.S.C. § 1232g(b)(1)(J); 34 C.F.R. § 99.31(a)(9).

3. In order to facilitate the production of such information and documents, the parties have agreed to the attached proposed Order, which address Mr. North's requests for certain information and documents protected by FERPA and the University's wish to comply with FERPA in responding to such requests.

4.      The parties request that the information and documents produced pursuant to the attached proposed Order also be subject to the protections outlined in the Stipulated Confidentiality and Protective Order filed by the parties in this case.

WHEREFORE, plaintiff Benjamin North and defendant The Catholic University of America respectfully request that this Court grant this motion and enter the attached Order.

Date:  August 31, 2018

                                                 */s/ Jesse Winograd*
Jesse Winograd (D.C. Bar No. 986610)
513 Capitol Court NE, Suite 100
Washington, DC 20002
Phone: (202) 380-9355
Fax: (202) 499-1370
jwinograd@gowensilva.com

*Counsel for Plaintiff Benjamin North*


                                                 */s/ Aaron J. Kornblith*
William D. Nussbaum (D.C. Bar No. 941815)
Aaron J. Kornblith (D.C. Bar No. 1024077)
Saul Ewing Arnstein & Lehr LLP
1919 Pennsylvania Ave., NW, Suite 550
Washington, DC 20006
Tel: (202) 295-6652
Fax: (202) 295-6715
william.nussbaum@saul.com
aj.kornblith@saul.com

*Counsel for Defendant*
*The Catholic University of America*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **BENJAMIN NORTH**, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:17-cv-01373-TNM |
| v. | ) ) ) | |
| **THE CATHOLIC UNIVERSITY OF AMERICA**, | ) ) ) ) | |
| Defendant. | ) | |

## **ORDER**

This matter comes before the Court on plaintiff Benjamin North and defendant The Catholic University of America's Joint Motion for the Entry of an Order Compelling Production of Certain Information and Documents, which relates to the production of information and documents protected from disclosure under the Family Education Rights and Privacy Act (FERPA).

Whereas FERPA prohibits the disclosure of personally identifiable information from the education records of students and/or former students of The Catholic University of America ("CUA Students") without their consent ("FERPA-Protected Information"); and

Whereas Mr. North seeks through his discovery requests to the University certain FERPA-Protected Information that it may not disclose absent written consent of the student or a court order permitting disclosure with notice to affected students as required by FERPA; and

Whereas, upon consideration of this joint motion and the record herein it appears that there is good cause to grant the motion; it is

ORDERED that the motion is hereby granted; and it is

FURTHER ORDERED that within two business days of the entry of this Order, the University shall send the CUA Students whose FERPA-Protected Information would be disclosed by an interrogatory answer or document production a notice that such information or documents have been requested by Mr. North in this case, and that the University believes it is protected by FERPA, and shall inform them that they may apply to the Court for protection against such disclosure if they so choose (the "Notices"); and it is

FURTHER ORDERED that the University shall send such Notices to affected CUA Students by first class mail to their last known or permanent mailing addresses, as indicated in the records of the University, and also to the CUA Students' University email addresses; and it is

FURTHER ORDERED that the University shall in such Notices inform the CUA Students that they shall have seven business days from the date of receipt of the Notice to make application to the Court for protection against disclosure of their FERPA-Protected Information in the case; and it is

FURTHER ORDERED that, if any CUA Student applies for protection from the Court to prevent disclosure of his or her allegedly FERPA-Protected Information, the University shall not be required to produce to Mr. North any documents and/or information containing such FERPA-Protected Information until the Court rules on the application; and it is

FURTHER ORDERED that, with respect to any CUA Student to whom the University has sent a Notice pursuant to this Order who does not make application to the Court for protection to prevent disclosure of his or her allegedly FERPA-Protected Information within the time specified, the University shall be permitted to disclose such information in its interrogatory answers and document production to Mr. North, and shall not be required to redact the identity or

other personally identifiable information of any such CUA student from its interrogatory answers and/or document production on the basis of an objection based on FERPA; and it is

FURTHER ORDERED that, if the University makes additional or supplementary interrogatory responses or document productions subsequent to the entry of this Order that would encompass FERPA-Protected Information for additional CUA Students, the University shall send Notices to such additional CUA Students; and it is

FURTHER ORDERED that Mr. North and the University shall use initials to refer to the names and redact other personally identifiable information of all CUA Students other than Mr. North in all court filings in this case; and it is

FURTHER ORDERED that documents and information produced under this Order shall also be subject to the Stipulated Confidentiality and Protective Order entered on _____.

Trevor N. McFadden  
United States District Judge

**COPIES TO:**

Jesse Winograd  
*Counsel for Plaintiff Benjamin North*

William D. Nussbaum  
Aaron J. Kornblith  
*Counsel for Defendant*  
*The Catholic University of America*

## **CERTIFICATE OF SERVICE**

I certify that on this 31st day of August, 2018, a true and correct copy of the foregoing **JOINT MOTION FOR ENTRY OF ORDER COMPELLING PRODUCTION OF CERTAIN INFORMATION AND DOCUMENTS** was filed and served via the Court's ECF system on the following:

Jesse Winograd
513 Capitol Court NE, Suite 100
Washington, DC 20002
Phone: (202) 380-9355
Fax: (202) 499-1370
jwinograd@gowensilva.com

*Counsel for Plaintiff Benjamin North*

                                              */s/ Aaron J. Kornblith*
                                              Aaron J. Kornblith

24836448.1 08/31/2018