**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BENJAMIN NORTH,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**THE CATHOLIC UNIVERSITY OF AMERICA**<br><br><br><br>*Defendant* | **Case No. 1:17-cv-01373-TNM** |

**POST-MEDIATION STATUS REPORT**

Plaintiff Benjamin North and Defendant The Catholic University of America, by counsel, submit this post-mediation status report:

1. Discovery in this case ended on May 2, 2019.

2. At a hearing held on May 6, 2019, the Court referred this case to mediation. In a minute order entered that day, the Court directed the parties to file a status report by August 7, 2019.

3. A mediation was held in this case on July 24, 2019. The mediation concluded without a settlement. Though the parties remain open to future settlement discussions, they do not believe that scheduling a further mediation session would be productive at this time.

4. The parties propose that the Court enter a schedule for briefing dispositive motions. Both counsel for the University will be out of the country on pre-paid vacations for significant portions of August and September. Accordingly, counsel for the parties have conferred and propose the following schedule:

October 4, 2019:         Motions for Summary Judgment Filed
November 4, 2019:      Oppositions Filed
November 18, 2019:     Replies Filed

Dated: July 31, 2019

                                      Respectfully submitted,

                                      */s/ Jesse Winograd     w/ permission*
                                      Jesse Winograd, Esq. DC Bar # 986610
                                      jwinograd@gowensilva.com
                                      Gowen Silva & Winograd PLLC
                                      513 Capitol Court N.E., Suite 100
                                      Washington, DC 20002
                                      Phone: 202-380-9355

                                      *Counsel for Plaintiff Benjamin North*


                                      */s/ William D. Nussbaum*
                                      William D. Nussbaum (DC Bar No. 941815)
                                      Aaron J. Kornblith (DC Bar. No. 1024077)
                                      Saul Ewing Arnstein & Lehr LLP
                                      1919 Pennsylvania Avenue NW, Suite 550
                                      Washington, D.C. 20006
                                      (202) 295-6652 Tel.
                                      (202) 295-6715 Fax
                                      william.nussbaum@saul.com
                                      aj.kornblith@saul.com

                                      *Counsel for Defendant*
                                      *The Catholic University of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July, 2019, a copy of the foregoing **POST-MEDIATION STATUS REPORT** was served via the Court's online filing system on:

> Jesse Winograd
> jwinograd@gowensilva.com
> Gowen Silva & Winograd PLLC
> 513 Capitol Court N.E., Suite 100
> Washington, DC 20002
> *Counsel for Plaintiff Benjamin North*

*/s/ William D. Nussbaum*
William D. Nussbaum

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BENJAMIN NORTH,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**THE CATHOLIC UNIVERSITY OF AMERICA**<br><br><br>*Defendant* | **Case No. 1:17-cv-01373-TNM** |

**PROPOSED ORDER**

Upon consideration of the Parties' Third Joint Motion To Extend Scheduling Order (the "Motion"), it this ____ day of April, 2019:

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that fact and expert discovery will close in this case on May 2, 2019.

                                                              Trevor N. McFadden<br>
                                                               United States District Judge

**COPIES TO ALL PARTIES**