**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BENJAMIN NORTH,**<br><br>*Plaintiff,*<br><br>v.<br><br>**THE CATHOLIC UNIVERSITY OF AMERICA,**<br><br>*Defendant* | Civil Action No. 17-1373 (TNM) |

### JOINT MOTION TO VACATE BRIEFING SCHEDULE

The parties, through their undersigned counsel, move this Honorable Court to vacate the briefing schedule in this matter. In support, the parties would state as follows:

1. On July 24, 2019 the parties engaged in a mediation. No settlement was reached on that date.

2. On July 31, 2019 the parties filed a joint status report indicating that no settlement had been reached and proposed a briefing schedule for summary judgment.

3. On August 5, 2019, this Court issued a briefing schedule. While preparing to brief issues related to summary judgment, the parties continued to negotiate in good faith.

4. The parties have now reached a settlement in principle. The major terms have been agreed upon. All that remains to be done is to complete the more finite details of the agreement and the specific language therein. Thus, the parties respectfully ask the Court to vacate the briefing schedule to allow them to complete the settlement in this matter rather than expend resources on motions and briefing that the parties sincerely believe will not be needed. Should the Court grant

1

this Motion, the parties will submit a joint status report on or before September 27, 2019, if no final settlement has been agreed to before that date.

     **WHEREFORE**, the parties respectfully request that the Motion be granted and that the Court vacate the briefing schedule in this matter.

Date: <u>August 29, 2019</u>                    Respectfully submitted,

<u>/s/ *Jesse Winograd*</u>
Jesse Winograd DC Bar # 986610
Gowen Silva & Winograd PLLC
513 Capitol Court N.E., Suite 100
Washington, DC 20002
Phone: 202-380-9355
JWinograd@gowensilva.com
*Counsel for Plaintiff*

<u>/s/ Aaron J. Kornblith</u>
William D. Nussbaum DC Bar # 941815
Aaron J. Kornblith   DC Bar # 1024077
Saul Ewing Arnstein & Lehr LLP
1919 Pennsylvania Avenue NW Suite 550
Washington, D.C. 20006
Tel. (202) 295-6652
Fax (202) 295-6715
wnussbaum@saul.com
akornblith@saul.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 29th day of August, 2019, a copy of the foregoing document was served via the Court's online filing system to:

William D. Nussbaum
Aaron J. Kornblith
Saul Ewing LLP
1919 Pennsylvania Avenue NW Suite 550
Washington, D.C. 20006
Tel. (202) 295-6652
Fax (202) 295-6715
wnussbaum@saul.com
akornblith@saul.com

*Counsel for Defendant*

/s/ *Jesse Winograd*
Jesse Winograd, Esq. DC Bar # 986610