**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**BENJAMIN NORTH,**

        *Plaintiff,*

**v.**

**THE CATHOLIC UNIVERSITY OF AMERICA**

        *Defendant*

**Case No. 1:17-cv-01373-TNM**

## JOINT STATUS REPORT

Plaintiff Benjamin North and Defendant The Catholic University of America, by counsel, submit this joint status report:

On August 29, 2019, the parties alerted the Court that they had reached a settlement in principle. In an August 29, 2019 minute order, the Court directed the parties to file a joint status report on September 27, 2019 if a stipulation of dismissal had not yet been filed.

The parties are continuing to work to complete and execute a settlement agreement. The parties respectfully request leave to file an updated status report no later than October 28, 2019.

Dated: September 27, 2019

| */s/ Jesse Winograd* | */s/ Aaron J. Kornblith* |
|---|---|
| Jesse Winograd, Esq. DC Bar # 986610 | William D. Nussbaum (DC Bar No. 941815) |
| JWinograd@gowenrhoades.com | Aaron J. Kornblith (DC Bar. No. 1024077) |
| Gowen Silva & Winograd PLLC | Saul Ewing Arnstein & Lehr LLP |
| 513 Capitol Court N.E., Suite 100 | 1919 Pennsylvania Avenue, Suite 550 |
| Washington, DC 20002 | Washington, D.C. 20006 |
| Phone: 202-380-9355 | (202) 295-6652 Tel. |
| | (202) 295-6715 Fax |
| *Counsel for Plaintiff Benjamin North* | william.nussbaum@saul.com |
| | aj.kornblith@saul.com |
| | |
| | *Counsel for Defendant* |
| | *The Catholic University of America* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 27th day of September, 2019, a copy of the foregoing **JOINT STATUS REPORT** was served via the Court's online filing system on:

Jesse Winograd
JWinograd@gowenrhoades.com
Gowen Silva & Winograd PLLC
513 Capitol Court N.E., Suite 100
Washington, DC 20002
*Counsel for Plaintiff Benjamin North*

                                              */s/ Aaron J. Kornblith*
                                              Aaron J. Kornblith