# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BENJAMIN NORTH,**  *Plaintiff,*  v.  **THE CATHOLIC UNIVERSITY OF AMERICA**  *Defendant.* | Case No. 1:17-cv-01373-TNM |

## JOINT STATUS REPORT

Plaintiff Benjamin North and Defendant The Catholic University of America, by counsel, submit this joint status report:

On August 29, 2019, the parties alerted the Court that they had reached a settlement in principle. After the parties filed a September 27, 2019 status report requesting a further month to finalize their agreement, the Court in a minute order entered that day directed the parties to file a joint status report on October 28, 2019 if a stipulation of dismissal had not yet been filed.

The parties are continuing to work to complete and execute a settlement agreement and are working on the last few remaining provisions. The parties respectfully request leave to file an updated status report no later than November 11, 2019.

Dated: October 28, 2019

        Respectfully submitted,

        */s/ Jesse Winograd*
        Jesse Winograd, Esq. DC Bar # 986610
        JWinograd@gowenrhoades.com
        Gowen Silva & Winograd PLLC
        513 Capitol Court N.E., Suite 100

Washington, DC 20002
Phone: 202-380-9355

*Counsel for Plaintiff Benjamin North*


*/s/ Aaron J. Kornblith*
William D. Nussbaum (DC Bar No. 941815)
Aaron J. Kornblith (DC Bar. No. 1024077)
Saul Ewing Arnstein & Lehr LLP
1919 Pennsylvania Avenue NW
Suite 550
Washington, D.C. 20006
(202) 295-6652 Tel.
(202) 295-6715 Fax
william.nussbaum@saul.com
aj.kornblith@saul.com

*Counsel for Defendant*
*The Catholic University of America*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of October, 2019, a copy of the foregoing **JOINT STATUS REPORT** was served via the Court's online filing system on:

Jesse Winograd
JWinograd@gowenrhoades.com
Gowen Silva & Winograd PLLC
513 Capitol Court N.E., Suite 100
Washington, DC 20002
*Counsel for Plaintiff Benjamin North*

                                            */s/ Aaron J. Kornblith*
                                            Aaron J. Kornblith