**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BENJAMIN NORTH,**  *Plaintiff,*  v.  **THE CATHOLIC UNIVERSITY OF AMERICA,**  *Defendant* | Civil Action No. 17-1373 (TNM) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Benjamin North and Defendant The Catholic University of America, by counsel, and pursuant to Federal Rule of Civil Procedure 4l(a)(1)(A)(ii), stipulate to the dismissal of this lawsuit and all of North's claims against the University with prejudice, each party to bear its own costs.

Dated: November 6, 2019

Respectfully submitted,

/s/ *Jesse Winograd*
Jesse Winograd (DC Bar # 986610)
Gowen Silva & Winograd PLLC
513 Capitol Court N.E., Suite 100
Washington, DC 20002
202-380-9355
JWinograd@gowensilva.com
*Counsel for Plaintiff Benjamin North*

/s/ *Aaron J. Kornblith*
William D. Nussbaum (DC Bar # 941815)
Aaron J. Kornblith (DC Bar # 1024077)
Saul Ewing Arnstein & Lehr LLP
1919 Pennsylvania Avenue NW
Suite 550
Washington, D.C. 20006
 (202) 295-6652

Fax (202) 295-6715<br>
wnussbaum@saul.com<br>
akornblith@saul.com<br>
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of November, 2019, a copy of the foregoing document was served via the Court's online filing system to:

William D. Nussbaum
Aaron J. Kornblith
Saul Ewing LLP
1919 Pennsylvania Avenue NW Suite 550
Washington, D.C. 20006
Tel. (202) 295-6652
Fax (202) 295-6715
wnussbaum@saul.com
akornblith@saul.com

*Counsel for Defendant*

                                           /s/ *Jesse Winograd*
                                           Jesse Winograd, Esq.